AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**ISMANUEL DILAN,**

**Defendant.**

Case No. 5:26-mj-00203(CBF)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 2024 in the county of Tompkins in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1591 | In that the defendant did knowingly, in and affecting interstate commerce, recruit, entice, and provide V-1 knowing and in reckless disregard of the fact that V-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act. |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

*Complainant's signature*

FBI SA Jenelle Janowicz
*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: September 2, 2026

*Judge's signature*

City and State: Syracuse, New York

Hon. Carla B. Freedman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jenelle Corrine Janowicz, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since June 2012 and am currently assigned to the Albany Division, Binghamton Resident Agency. I am specifically assigned to the FBI Albany Child Exploitation Task Force ("CETF"), which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking of minors and various criminal offenses related to the production, distribution, receipt, and possession of child pornography. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations and have executed search warrants that have led to seizures of child pornography and undercover operations to identify and locate individuals who seek to engage in sexual activity with minors.

2. I am an investigative or law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). As a Special Agent with the FBI, I am authorized to seek and execute federal arrest and search warrants for Title 18 criminal offenses, including offenses related to the sexual exploitation of minors

3. I make this affidavit in support of a criminal complaint charging ISMANUEL DILAN with sex trafficking of a child, in violation of Title 18, United States Code, Section 1591.

4. I have personally participated in the investigation of the offense discussed below. I am familiar with the facts and circumstances of this investigation through my review of documents, my training and experience, and discussions I have had with other law enforcement personnel concerning criminal violations relating to child exploitation and child pornography, including the coercion and enticement of minors. As this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ISMANUEL DILAN has violated Title 18, United States Code, Section 1591.

**PROBABLE CAUSE**

5. On or about July 31, 2026, your affiant was made aware by the Ithaca Police Department (IPD) of a Child Protective Services (CPS) case involving a minor female, V-1[1], who had made allegations that ISMANUEL DILAN, hereafter, DILAN, had engaged in sex with her and other men, and that he had received money in exchange for the sexual acts that occurred.

6. On August 4, 2026, V-1 was forensically interviewed by a child forensic interviewer in Ithaca, NY. Your affiant observed this interview, which was audio and video recorded. V-1 had previously been interviewed by CPS and a law enforcement officer from IPD on July 20, 2026 and July 28, 2026, respectively; these interviews were also audio and video recorded and were reviewed by your affiant as well. During her interviews, V-1 disclosed that

[1] The female, born in 2009, is currently 16 years of age but was 14 years old at the time of the allegations.

DILAN[2] had been engaging in sex with her since she was approximately 13 years old (when he would have been approximately 37 years old). DILAN would routinely provide her with cocaine and they often engaged in sex together with other men. V-1 described the first time DILAN forced her to perform oral sex on him. On that day, he had driven her home from school. In the car, he pulled out cocaine, drew out lines (of cocaine) and pressured her to snort them, despite the fact she did not want to. When they got to her house, DILAN grabbed her hair bun and forced her head down toward his genitals. He pushed his penis into her mouth while she was trying to pull her head away. He eventually let go of her head and she fell backwards.

7. In early 2024, V-1 stated that at that point, she was in a romantic relationship with DILAN. V-1 was residing with a relative at this time and V-1 stated she did not have many belongings or nice things. Her relative would often purchase clothing and games for her own children, but would not buy things for V-1. DILAN would buy her things, such as clothes, and he would take her places. V-1 described an incident that occurred in the early months of 2024 (when V-1 was 14 years old) at a hotel in Ithaca, NY, in the Northen District of New York. V-1 stated that DILAN had taken her to this hotel, which he had been working at during that time. V-1 stated that DILAN had previously taken her to this hotel and allowed her to skinny dip in the pool. At that time, they had also engaged in sexual activity in one of the offices. The front desk employee provided DILAN and V-1 with a room (at no charge, due to the fact DILAN worked there.) When they got to the room, DILAN set up lines of cocaine for he and her to snort. After this, DILAN told V-1 he was going to try and get some money off of the male at the front desk in order for him (the front desk employee) to have sex with V-1. DILAN told V-1 he would ask

[2] DILAN was born in 1986.

him for $50.00. V-1 stated that she and DILAN agreed that he would then give her the money. The front desk employee came up to the room and V-1 observed him pay DILAN via the CashApp application on his cell phone. DILAN and the front desk employee both "did lines of cocaine." DILAN then performed oral sex on V-1, and then he and V-1 engaged in vaginal sex while V-1 performed oral sex on the front desk employee. V-1 stated that this went on for hours.

8. On or about August 15, 2026, V-1 engaged in a conversation via Snapchat with DILAN. These conversations were preserved, provided to law enforcement, and were reviewed by your affiant. DILAN acknowledged that V-1 is under the age of 18, stating, "Shit I wish we could plan your 18th birthday." DILAN also referenced swimming in the pool at the hotel, stating, "I want to go to the swimming pool again and admire you every inch and bit."

9. DILAN and V-1 continued the conversation as follows:

| | |
|---|---|
| DILAN: | I miss it all, but it could've or should've been better |
| … | |
| V-1: | mee too |
| V-1: | I got to many fav parts loll |
| V-1: | but we can see each other soon hopefully |
| DILAN: | I hope but I love seeing you come here for now. I wish I could rip your clothes off, though sometimes you already know. |
| DILAN: | But I want to know about your favorite parts |
| V-1: | loll i wish toooo |
| V-1: | i would say all the 3 smns wee did in the apartment |
| V-1: | nd how sexy it was and fun |
| V-1: | yu got 50 frm that guy i don't recall seeing it but aye [sad face emoji; eye roll emoji; covering mouth emoji] |
| V-1: | oh and sneaking around the house doing it gave me the thrills |
| V-1: | and uu and your brother i need that again and again [covering mouth emoji x 3] |
| DILAN: | Damnnnn you are amazing though like I know [redacted] was jealous of you. Why wouldn't she be but my thing is she was getting trains ran on her too then I got curious and that's why I kinda like doing them but shit she didn't wanna invite me or |

nothing but I'll give you the 50 or way more actually and ok for real lol

. . .

DILAN: Would you like to do it again but way better people of your choice some more lines and paid upfront just for the fuck of it.

10. In this exchange, DILAN acknowledged the incident where the hotel employee paid him $50 to engage in sex acts with V1 and asked V1 if she would be willing to engage in commercial sex in exchange for cocaine and money.

**CONCLUSION**

11. Based on the above information, there is probable cause to establish that ISMANUEL DILAN did knowingly, in or affecting interstate commerce, recruit, entice, and provide V-1, knowing and in reckless disregard of the fact that V-1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591.

Respectfully submitted,

Jenelle Corrine Janowicz
Special Agent
Federal Bureau of Investigation

I, the Honorable Carla B. Freedman, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on September 2, 2026 in accordance with Rule 41 of the Federal Rules of Criminal Procedure.

Hon. Carla B. Freedman
United States Magistrate Judge